

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00126-CV

**J. A. G.,**
Appellant

v.

**A. G. E.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellee A.G.E.'s brief was due October 18, 2019. Neither the brief nor a motion for extension of time has been filed. We **order** appellee's brief due **November 4, 2019**. If the brief is not filed by the date ordered, we may submit the case for decision without an appellee's brief.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk